

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: | § | No. 08-20-00201-CV |
| | § | |
| FIRSTLIGHT FEDERAL CREDIT | § | AN ORIGINAL PROCEEDING |
| UNION, | § | IN MANDAMUS |
| RELATOR. | § | |
| | § | |

## <u>MEMORANDUM OPINION</u>

Relator FirstLight Federal Credit Union has filed an unopposed motion to dismiss this petition for a writ of mandamus because Real Parties in Interest have filed a Third Amended Petition in the trial court that resolves the issues Relator sought to address in this mandamus action. The motion is granted. This mandamus action is dismissed.

December 2, 2020

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.